## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicole R. Massey <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 16-14458 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 3118

                                         Respectfully submitted,

                                         **<u>/s/Joshua I. Goldman, Esquire</u>**
                                         Joshua I. Goldman, Esquire
                                         Thomas Puleo, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6306  FAX (215) 825-6406