# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicole R. Massey | Debtor | CHAPTER 7 |
| Nationstar Mortgage LLC | Movant | NO. 16-14458 SR |
| vs. | | |
| Nicole R. Massey | Debtor | 11 U.S.C. Section 362 |
| Gary F. Seitz | Trustee | |

## ORDER

AND NOW, this 2nd day of September, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 2406 N 54Th St, Philadelphia, Pa 19131 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

United States Bankruptcy Judge.
STEPHEN RASLAVICH

Nicole R. Massey
2406 North 54th St
Philadelphia, PA 19131

Stephen Matthew Dunn, 1515 Market Street
Suite 1200
Philadelphia, PA 19102

Gary F. Seitz
The Curtis Center
601 Walnut Street, Suite 280 SOuth
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532